THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALNETWORKS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>QSA TOOLWORKS, LLC, a New York limited liability company,<br><br>    Defendant.<br><br>QSA TOOLWORKS, LLC. a New York limited liability company,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>REALNETWORKS, INC., a Washington corporation,<br><br>    Counterclaim Defendant. | CASE NO. C07-1959MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND WAIVE MEDITION REQUIREMENT<br><br>**Noted on Motion Calendar:**<br>**Friday, May 15, 2009** |

THIS MATTER came before the Court on the parties' Stipulated Motion to Continue Trial Date and Waive Mediation Requirement. The parties' Motion is hereby GRANTED.

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND WAIVE MEDITION REQUIREMENT - 1
CASE NO. C07-1959-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

The trial date in this matter is continued to September 28, 2009, and the Court will, by separate order, continue all remaining pretrial dates accordingly. Further, the requirement that the parties participate in mediation pursuant to Local Rule CR 39.1(c)(3) is hereby waived.

IT IS SO ORDERED.

DATED this 22nd day of May, 2009.

*[signature]*
Marsha J. Pechman
United States District Judge

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff RealNetworks, Inc.

By /s/ Lynn M. Engel
    Ralph H. Palumbo, WSBA #04751
    Lynn M. Engel, WSBA #21934
    *ralphp@summitlaw.com*
    *lynne@summitlaw.com*

*Approved as to form; notice of presentation waived:*

KEGAN & KEGAN LTD.

By /s/ Daniel L. Kegan (per email authorization)
    Daniel L. Kegan (*pro hac vice*)
    *daniel@keganlaw.com*

SEED IP Law Group PLLC

By _____
    Timothy L. Boller, WSBA #29079
    *timb@seedip.com*

Attorneys for Defendant QSA ToolWorks LLC

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND WAIVE MEDITION REQUIREMENT - 2
CASE NO. C07-1959-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001