UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REALNETWORKS, INC.,

               Plaintiff(s),

   v.

QSA TOOLWORKS, LLC

               Defendant(s).

NO. C07-1959MJP

MINUTE ORDER RE: QSA MOTION TO SUBMIT SUPPLEMENTAL EXHIBITS

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court, having received and reviewed Defendant's Motion for Leave to File Two Supplemental Exhibits for Summary Judgment (Dkt. No. 83), Plaintiff's Response to Defendant's Motion for Leave to File Two Supplemental Exhibits for Summary Judgment (Dkt. No. 85), Defendant's Reply in Support of Motion for Leave to File Two Supplemental Exhibits for Summary Judgment (Dkt. No. 88) and all attached exhibits and declarations, makes the following ruling:

The motion is GRANTED and the exhibits will be considered along with the other materials submitted in support of the cross-motions for summary judgment.

IT IS FURTHER ORDERED that Plaintiff may submit a brief responsive memorandum, not to exceed three pages in length and limited solely to the issue raised by Defendant's supplemental exhibit; the responsive memorandum shall be filed by no later than noon on Friday, August 7, 2009.

Filed this 4th day of August, 2009.

               BRUCE RIFKIN, Clerk

               By     /s Mary Duett

                     Deputy Clerk

MINUTE ORDER