UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALNETWORKS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> QSA TOOLWORKS, LLC, <br><br> Defendant(s). <br> _____ <br> QSA TOOLWORKS, LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> REALNETWORKS, INC., <br><br> Counterclaim Defendant. | NO. C07-1959MJP <br><br> ORDER RE: STIPULATION AND PROPOSED ORDERS TO DISMISS CERTAIN CLAIMS |

The above-entitled Court, has received and reviewed the parties' Stipulation and [Proposed] Order[s] to Dismiss Certain Claims (Dkt. No. 96) and all attached declarations and exhibits. On August 14, 2009, the Court issued its Order on Cross-Motions for Summary, which held that:

(a) There is no likelihood of confusion between the "Helix" products created by RealNetworks, Inc. and QSA ToolWorks, LLC;

(b) The Consent Agreement between RealNetworks, Inc. and The Chip Merchant ("TCM") was executory in nature and deemed rejected by the trustee in the bankruptcy of TCM.

Therefore, all claims and counterclaims asserted in this case having been resolved by settlement agreement of the parties, the Court makes the following final ruling:

**ORDER OF DISMISSAL - 1**

IT IS ORDERED that all claims and counterclaims are DISMISSED with prejudice and without fees and costs to any party.

The clerk is ordered to provide copies of this order to all counsel.

Dated: September 25 , 2009

*Marsha J. Pechman* (signature)

Marsha J. Pechman
U.S. District Judge

**ORDER OF DISMISSAL - 2**