# United States District Court

WESTERN DISTRICT OF WASHINGTON

REALNETWORKS, INC.,

       v.

QSA TOOLWORKS, LLC,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1959

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that, all claims and counterclaims asserted in this case having been resolved by settlement agreement of the parties, all claims and counterclaims are DISMISSED with prejudice and without fees and costs to any party.


September 25, 2009                                          BRUCE RIFKIN
                                                                                     Clerk

                                                                     __/s Mary Duett_____
                                                                     By, Deputy Clerk